*Arthur K. Bolton, Attorney General,* for appellee.

## 29227. McCRARY v. RICKETTS.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 8, 1974.

Michael W. McCrary, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29044. LETT v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 17, 1974.

Jerry Lett, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29061. PITTMAN v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 17, 1974.

*Guy B. Scott, Jr.,* for appellant.